**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MARVIN ANDERSON, ADC # 112614 PETITIONER

v. No. 5:14CV00303-JLH-JJV

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction RESPONDENT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED.

DATED this 28th day of October, 2014.

J. Leon Holmes

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE